UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, | Case No. 24-cv-01218-MC |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CSC, INC., dba MEDFORD FABRICATION, | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiff Northwest Environmental Defense Center hereby voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant CSC, Inc. has not served either an answer or a motion for summary judgment.

Dated August 9, 2024.

s/ James N. Saul
James N. Saul (OSB #152809)
Wild & Scenic Law Center
3519 NE 15th Ave., #207
Portland, OR 97212
(503) 342-2839
jamie@wildandsceniclaw.org

Jonah Sandford (OSB #154711)
Northwest Environmental Defense Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6726
jonah@nedc.org

*Counsel for Plaintiff*